IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

SAMUEL ROBLES
Petitioner

VS.

UNITED STATES
OF AMERICA
Respondent

Judge: William M. Conley

CASE NO: 17-CR-39 WMC

Civil No: 3:18-CV-00449

REC'D/FILED
2022 FEB 23 AM 9:05
PETER OPPE[NEER]
CLERK US DIST[RICT] C[OURT]
WD OF W[I]

## NOTICE OF APPEAL

Comes now, Samuel Robles in pro-se, and appeals to the Seventh Circuit Court of Appeals for a Certificate of Appealability (C.O.A), on the denial of a 60(B) motion entered by this Court on January 3, 2022.

Petitioner can show where Reasonable Jurists would find the District Courts assessment of the Constitutional Claim on his 60(B) motion debatable or wrong.

## RELIEF REQUESTED

Petitioner Request that this Honorable Court enter this Notice of appeal to the Seventh Circuit Court of Appeals, for a application of (COA).

DATE 2-16-22

Samuel Robles
Samuel Robles # 43807-424
(FCI) McDowell
P.O. Box 1009
Welch, W.V. 24801